IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRONIC DISEASE FUND, INC.<br><br>Petitioner,<br><br>--against—<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | Civil Action No. 17-mc-00687-CKK |

**STIPULATION OF DISMISSAL**

Petitioner, Chronic Disease Fund d/b/a Good Days and Respondent, the United States of America jointly stipulate to the dismissal of the Petition to Quash IRS Summons Issued to Third Party Biogen Idec, Inc. ("Biogen"), [ECF No. 1], and Response to Petition to Quash IRS Summons Issued to Third-Party Biogen [ECF No. 10], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c). The parties further stipulate that the summons at issue is enforced with respect to the documents Biogen has already produced, and will not be further enforced. Each party shall bear its own fees and costs.

Accordingly, the Court may now administratively close this case.

Dated: August 9, 2019                    VENABLE LLP

                                         By:    /s/ Patrick J. Boyle
                                         Patrick J. Boyle*
                                         Jessie Beeber*
                                         1270 Avenue of the Americas
                                         New York, NY 10020

Telephone:  (212) 808-5678  
Facsimile:  (212) 307-5598  
Email:  pboyle@venable.com  
      jbeeber@venable.com

Benjamin E. Horowitz (DC Bar #1017262)  
600 Massachusetts Ave., NW  
Washington, DC 20001  
Telephone:  (202) 344-4494  
Facsimile:  (202) 344-8300  
Email:  behorowitz@venable.com  
*Attorneys for Petitioner*  
*Chronic Disease Fund, Inc.*

*admitted *pro hac vice*

JESSIE K. LIU  
United States Attorney

RICHARD E. ZUCKERMAN  
Principal Deputy Assistant Attorney General

By:  /s/ Kari M. Larson  
KARI M. LARSON (DC Bar #466743)  
Senior Litigation Counsel  
KAVITHA BONDADA  
Trial Attorney  
U.S. Department of Justice, Tax Division  
P.O. Box 227  
Ben Franklin Station  
Washington, DC 20044  
Telephone: (202) 616-3822  
      (202) 307-6536  
Facsimile:  (202) 514-6866  
Email: kari.m.larson@usdoj.gov  
      kavitha.bondada@usdoj.gov  
*Counsel for Respondent United States of America*